Kathryn Tassinari
kathrynt50@comcast.net
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette, Suite 200
Eugene, OR 97401
(541) 686-1969
Of Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CHRISTOPHER HILL, | Case No. 6:12-cv-01193-SU |
| Plaintiff, | |
| vs. | ORDER OF DISMISSAL |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

Based upon the Plaintiff's Motion to Dismiss Complaint, and the Defendant having no objection,

IT IS SO ORDERED that this case is dismissed, with prejudice.

Dated this ___1st___ day of August, 2012.

_____
United States ~~District Court~~ Magistrate Judge

Presented by:

Kathryn Tassinari
Of Attorneys for Plaintiff

ORDER TO DISMISS COMPLAINT