Kathryn Tassinari
kathrynt50@comcast.net
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette, Suite 200
Eugene, OR  97401
(541) 686-1969
Of Attorneys for Plaintiff


IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON


CHRISTOPHER HILL,                           )
                                            )    Case No. 6:12-cv-01193-SU
            Plaintiff,                      )
                                            )    ORDER OF DISMISSAL
    vs.                                     )
                                            )
MICHAEL J. ASTRUE,                          )
Commissioner of Social Security,            )
                                            )
            Defendant.                      )
                                            )

Based upon the Plaintiff's Motion to Dismiss Complaint, and the Defendant having no objection,

IT IS SO ORDERED that this case is dismissed, with prejudice.

Dated this ___1st___ day of August, 2012.

_____
United States ~~District Court~~ Magistrate Judge

Presented by:

Kathryn Tassinari
Of Attorneys for Plaintiff


ORDER TO DISMISS COMPLAINT